In the Matter of JAMES McNAY et al., Appellants, to Vacate Subpœnas Issued by JOSEPH M. PROSKAUER et al., Constituting the New York State Crime Commission, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Bergan, JJ.

HAZEL BISHOP, Appellant, v. ALFRED A. STRELSIN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ.

RAMONA REYES, as Administratrix of the Estate of NICHOLAS REYES, Deceased, et al., Respondents, v. MARCELLO EGIDI et al., Defendants, and MARTHA EGIDI, Appellant.— Defendant-appellant fails to show that the wife of a commercial attache is afforded diplomatic immunity. Accordingly, and in the light of all the facts disclosed, the order is unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. The case should proceed expeditiously to trial. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM J. KNOUD, Respondent, against RITA B. KNOUD, Appellant, and ELIZABETH BURNS, Respondent.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ. [See post, p. 882.]

PAUL F. PETRUS, Appellant, v. RAYMOND SPECTOR et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis, Breitel and Bergan, JJ. [Order granted motion to require plaintiff to serve bill of particulars, etc.]